**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**JIM HOOD, Attorney General for the
State of Mississippi, *ex rel.*, STATE OF
MISSISSIPPI,**                                          **PLAINTIFF,**

**VS.**                                               **CIVIL ACTION NO. 2:04CV347-P-B**

**MADDOX FOUNDATION, a
Mississippi Non-Profit Corporation,
ROBIN G. COSTA, as a Director and
President of the Maddox Foundation,
and TOMMYE MADDOX WORKING,
as a Director of the Maddox Foundation,**             **DEFENDANTS.**

### ORDER

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Plaintiff's Motion to Remand [7-1] is hereby **GRANTED**;

(2) This case is to be **REMANDED** to the Chancery Court of DeSoto County, Mississippi; and

(3) The parties are to file no further pleadings in this matter, including motions to reconsider and the like. Instead, the parties are instructed to seek whatever relief to which they believe themselves entitled in the Courts of the State of Mississippi, as may be appropriate in due course.

**SO ORDERED** this the 14th day of July, A.D., 2005.

                                                       /s/ W. Allen Pepper, Jr.
                                                       W. ALLEN PEPPER, JR.
                                                       UNITED STATES DISTRICT JUDGE